HENRY SUTCLIFFE ET AL., PLAINTIFFS IN ERROR, v. W. H. HUMPHREYS, DEFENDANT IN ERROR.

On error to the Supreme Court. For opinion of the Supreme Court, see *ante p.* 42.

For the plaintiff in error, *Lewis Starr.*

For the defendant in error, *Thomas B. Harned.*

PER CURIAM.

The opinion below is affirmed, for the reasons given by the Supreme Court.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, DEPUE, GUMMERE, LIPPINCOTT, LUDLOW, BROWN, KRUEGER, SIMS, SMITH, TALMAN. 11.

*For reversal*—None.